UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

| | |
|---|---|
| LINDSEY LEMKE; KYLIE CHESTER; AMANDA SMITH; JANE C1 DOE; JANE C2 DOE; JANE C3 DOE; JANE C4 DOE; JANE C5 DOE; JANE C6 DOE; JANE C7 DOE; JANE C8 DOE; JANE C9 DOE; JANE C10 DOE; JANE C11 DOE by next friend JANE C12 DOE; JANE C13 DOE; JANE C14 DOE; JANE C15 DOE; JANE C16 DOE; JANE C17 DOE; JANE C18 DOE by next friend JANE C19 DOE; JANE C20 DOE; JANE C21 DOE; JANE C22 DOE; JANE C23 DOE by next friend JANE C24 DOE; JANE C25 DOE; JANE C26 DOE; JANE C27 DOE; JANE C29 DOE; JANE C30 DOE; JANE C31 DOE; JANE C32 DOE; JANE C33 DOE; JANE C34 DOE; JANE C35 DOE; JANE C36 DOE, and JANE C37 DOE by next friend JANE C38 DOE, | Case No.: 1:18-cv-01348<br><br>HON: Gordon J. Quist |

        Plaintiffs,

v.

USA GYMNASTICS, INC.; TWISTARS USA, INC. d/b/a GEDDERT'S TWISTARS GYMNASTICS CLUB USA, JOHN GEDDERT (individually), and UNITED STATES OLYMPIC COMMITTEE,

        Defendants.

_____/

| | |
|---|---|
| H. James White (P56946)<br>Alexander S. Rusek (P77581)<br>Brittany M. Nichol (P81900)<br>**WHITE LAW PLLC**<br>Attorneys for Plaintiffs<br>2549 Jolly Road, Suite 340<br>Okemos, MI 48864<br>(517) 316-1195 Fax: (517) 316-1197<br>E: jameswhite@whitelawpllc.com<br>E: alexrusek@whitelawpllc.com<br>E: brittanynichol@whitelawpllc.com<br>E: discovery@whitelawpllc.com | Mark J. Zausmer (P31721)<br>Cameron R. Getto (P57300)<br>**ZAUSMER, AUGUST & CALDWELL, P.C.**<br>Attorneys for Defendants Twistars and John Geddert<br>32255 Northwestern Hwy., Suite 225<br>Farmington Hills, MI 48334<br>(248) 851-4111 Fax: (248) 851-0100<br>E: mzausmer@zacfirm.com<br>E: cgetto@zacfirm.com |

_____/

**DEFENDANTS TWISTARS USA, INC. d/b/a GEDDERTS' TWISTARS GYMNASTICS CLUB USA and JOHN GEDDERT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

{02042130}

NOW COME the Defendants, TWISTARS USA, INC. d/b/a GEDDERTS' TWISTARS GYMNASTICS CLUB USA ("Twistars") and JOHN GEDDERT ("Mr. Geddert"), by and through their attorneys, ZAUSMER, AUGUST & CALDWELL, P.C., and move for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the attached Brief in Support.

        Respectfully submitted,

        */s/ Cameron R. Getto*
        Cameron R. Getto (P57300)
        ZAUSMER, AUGUST & CALDWELL, P.C.
        Attorneys for Defendants Twistars and Geddert
        32255 Northwestern Hwy., Suite 225
        Farmington Hills, MI  48334
        (248) 851-4111 Fax: (248) 851-0100

Dated:  December 19, 2018        cgetto@zacfirm.com

**TABLE OF CONTENTS**

TABLE OF CONTENTS ................................................................................................................ i

TABLE OF AUTHORITIES ......................................................................................................... ii

I. INTRODUCTION ...............................................................................................................1

II. FACTS LEGAL THEORIES & PROCEDURAL POSTURE ...........................................1

 A. The parties..............................................................................................................1

 1. Plaintiffs .....................................................................................................1

 2. Defendants ..................................................................................................1

 B. Legal Theories .......................................................................................................2

III. STANDARD OF REVIEW .................................................................................................2

IV. LAW & ARGUMENT.........................................................................................................3

 A. The statute of limitations has run on Plaintiffs' claims against Twistars and/or Mr. Geddert ................................................................................................3

 B. There is no cause of action based on Twistars' or Mr. Geddert's alleged failure to report ......................................................................................................3

 C. There is no cause of action for "gross negligence"...............................................3

 D. The elements of intentional infliction of emotional distress are neither pled nor present here......................................................................................................3

 E. The elements of fraud and/or misrepresentation are not properly pled, nor are they present here .............................................................................................4

 F. Nassar was not an agent, and even if he had been, bedrock principles of law hold that sexual assaults are outside the scope of agency.................................4

 G. An analysis of the pleadings shows that the "Twistars' Plaintiffs'" claims should be dismissed because the statute of limitations is expired, there is no connection between Twistars and the particular Plaintiff, the claim is improperly pled, the elements of the claim are not present as a matter of law, or some combination of these bases warrants dismissal. ................................4

V. CONCLUSION....................................................................................................................5

## TABLE OF AUTHORITIES

**Statutes**

18 U.S.C. §§ 2255, 2423(b), and 2423(c) .................................................................................. 2

**Rules**

Federal Rule 12(b)(6) ................................................................................................................ 1

**I.        INTRODUCTION**

USA Gymnastics removed the present case from Ingham County Circuit Court, Case No. 18-610-NO, on December 5, 2018. Plaintiffs had filed their Complaint on September 7, 2018. *See* Case No. 1:18-cv-01348, ECF No. 1-1. This present case is based on claims arising from the same case or controversy in *Lemke*, et al. v. *Michigan State University*, et al., Member Case No. 1:18-cv-01052 (W.D. Mich.). As such, Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677]. For the reasons set forth below and in ECF No. 677, Twistars and Mr. Geddert seek immediate dismissal of Plaintiffs' claims under Federal Rule 12(b)(6).

**II.       FACTS,[1] LEGAL THEORIES & PROCEDURAL POSTURE**

    **A.  *The parties.***

        1.  Plaintiffs

Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677], inasmuch as it relates to this Section II(A)(1) (Plaintiffs).

        2.  Defendants

Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677], inasmuch as it relates to this Section II(A)(2) (Defendants). Twistars and Mr. Geddert note that only USA Gymnastics, the United States Olympic Committee,

---

[1] The facts presented herein are provided for context only and are taken mostly from the pleadings. Some are taken from media accounts or websites. The relief requested in the present motion is based solely on the allegations made in the pleadings.

Twistars, and Mr. Geddert are named Defendants in this case. *See* Case No. 1:18-cv-01348, ECF No. 1-1.

### B. *Legal Theories*

Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677], inasmuch as it relates to this Section II(B) (Legal Theories). Twistars and Mr. Geddert acknowledge that no legal theories are pled against the MSU Defendants in the present case, and that violations of Masha's Law, 18 U.S.C. §§ 2255, 2423(b), and 2423(c), are not pled against USOC. *See* Case 1:18-cv-01348, ECF No. 1-1. Twistars and Mr. Geddert further note that additional plaintiffs, Plaintiffs Jane C11 Doe, Jane C18 Doe, and Jane C23 Doe, allege Gross Negligence, Negligence, Agency, Negligent Supervision, Negligent Failure to Warn, Intentional Infliction of Emotional Distress, and Fraud and Misrepresentation against them in this case. *See, e.g. Id*. at 153-167 [PageID 158-172]. These plaintiffs did not voluntarily dismiss their claims against Twistars/Mr. Geddert in Member Case No. 17-cv-00257, a second case that arises out of the same case or controversy as the present case, and thus remain in that case. *See* Case No. 1:17-cv-00029, ECF No. 368; *see also* Case No. 1:17-cv-00029, ECF No. 360 at 2, fn. 2 [PageID 17241]. As such, Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:17-cv-00257, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 671], as it pertains to Plaintiffs Jane C11 Doe, Jane C18 Doe, and Jane C23 Doe. For the reasons set forth below and in ECF No. 671, their claims should be dismissed.

### III. STANDARD OF REVIEW

Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to

dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677], inasmuch as it relates to this Section III (STANDARD OF REVIEW).

IV. **LAW & ARGUMENT**

   A. *The statute of limitations has run on Plaintiffs' claims against Twistars and/or Mr. Geddert.*

Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677], inasmuch as it relates to this Section IV(A) (The statute of limitations has run on Plaintiffs' claims against Twistars and/or Mr. Geddert.)

   B. *There is no cause of action based on Twistars' or Mr. Geddert's alleged failure to report.*

Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677], inasmuch as it relates to this Section IV(B) (There is no cause of action based on Twistars' or Mr. Geddert's alleged failure to report.)

   C. *There is no cause of action for "gross negligence."*

Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677], inasmuch as it relates to this Section IV(C) (There is no cause of action for "gross negligence.")

   D. *The elements of intentional infliction of emotional distress are neither pled nor present here.*

Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677], inasmuch as it relates to this Section IV(D) (The elements of intentional

infliction of emotional distress are neither pled nor present here.)

    E. *The elements of fraud and/or misrepresentation are not properly pled, nor are they present here.*

Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677], inasmuch as it relates to this Section IV(E) (The elements of fraud and/or misrepresentation are not properly pled, nor are they present here.)

    F. *Nassar was not an agent, and even if he had been, bedrock principles of law hold that sexual assaults are outside the scope of agency.*

Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677], inasmuch as it relates to this Section IV(F) (Nassar was not an agent, and even if he had been, bedrock principles of law hold that sexual assaults are outside the scope of agency.)

    G. *An analysis of the pleadings shows that the "Twistars Plaintiffs'" claims should be dismissed because the statute of limitations is expired, there is no connection between Twistars and the particular Plaintiff, the claim is improperly pled, the elements of the claim are not present as a matter of law, or some combination of these bases warrants dismissal.*

Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677], inasmuch as it relates to this Section IV(G) (An analysis of the pleadings shows that the "Twistars Plaintiffs'" claims should be dismissed because the statute of limitations is expired, there is no connection between Twistars and the particular Plaintiff, the claim is improperly pled, the elements of the claim are not present as a matter of law, or some combination of these bases warrants dismissal.)

## V. CONCLUSION

Twistars and Mr. Geddert hereby incorporate by reference the entirety of their motion to dismiss filed in Member Case No. 1:18-cv-01052, Lead Case No. 1:17-cv-00029, on December 7, 2018 [ECF No. 677], inasmuch as it relates to this Section V (CONCLUSION).

                    Respectfully submitted,

                    */s/ Cameron R. Getto*
                    Cameron R. Getto (P57300)
                    ZAUSMER, AUGUST & CALDWELL, P.C.
                    Attorneys for Defendants Twistars and Geddert
                    32255 Northwestern Hwy., Suite 225
                    Farmington Hills, MI  48334
                    (248) 851-4111 Fax: (248) 851-0100
Dated: December 19, 2018        cgetto@zacfirm.com

## CERTIFICATE OF SERVICE

The foregoing document was filed electronically on the 19th day of December 2018 in accordance with the Court's ECF system. Notice of this filing will be sent to all parties by operation of the Court's ECF system.

>*/s/ Cameron R. Getto*
>CAMERON R. GETTO (P57300)
>Attorney for Defendants Twistars and Geddert